UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE ROBERTSON,

                       Plaintiff,

v.

TITAN CAPITAL ID, LLC. et al.,

                       Defendants.

No. 24-CV-7066 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For the reasons stated on the record at the Court's September 27, 2024 conference, Plaintiff's Motion for a Temporary Restraining Order is denied without prejudice. The Clerk of Court is directed to terminate the pending Motion (Dkt. No. 9).

SO ORDERED.

DATED:    September 27, 2024
                 White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE